Argued March 21, 1967. *John H. Lewis, Jr.,* for appellant; *Benjamin H. Levintow,* Assistant District Attorney, with him *Alan J. Davis,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.

## Commonwealth *v.* Brown, Appellant.

Argued March 20, 1967. *John Packel,* Assistant Defender, with him *Melvin Dildine* and *William Stewart,* Assistant Defenders, *Martin Vinikoor,* First Assistant Defender, and *Herman I. Pollock,* Defender, for appellant; *Gillian R. Gilhool,* Assistant District Attorney, with him *Victor J. DiNubile, Jr.* and *Alan J. Davis,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Brown, Appellant.

Submitted March 20, 1967. *Roy Leraine Brown,* appellant, in propria persona; *Charles C. Brown, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Cannon, Appellant.